AO 91 (Rev. 11/11) Criminal Complaint

**FILED IN OPEN COURT**

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

12.10.2021
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

| | |
|---|---|
| United States of America<br>v.<br>Darnell Donya Rice Jr.<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)  3:21-mj- 1522-Mce<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 30, 2021__ in the county of __Duval__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(o) and 924(a)(2) | Unlawful Possession and Transfer of a Machinegun |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert F. Bryson, Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/10/21

_____
*Judge's signature*

City and state: Jacksonville, Florida

Monte C. Richardson, U.S. Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

Your affiant, Robert F. Bryson, being duly sworn, states:

1. I make this affidavit in support of a criminal complaint charging Darnell Donya RICE Jr. (hereinafter RICE) with knowingly possessing and transferring a machinegun in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

2. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and so have been employed since April 2007. I am a graduate of the Criminal Investigator Training Program and ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center. Prior to ATF, I was employed as a Police Officer with the Charleston, SC Police Department for three years and the St. Petersburg, FL Police Department for four years. As a Special Agent with the ATF, I am empowered to investigate alleged violations of federal firearms laws. I have participated in numerous investigations in relation to federal firearms violations during the course of employment as a Special Agent with ATF.

3. The information in this affidavit is based on my personal knowledge, but also information, knowledge, observations, and investigations of other law enforcement officers. This affidavit does not contain all information discovered during this investigation, but rather only those facts believed necessary to provide a legal basis for a criminal complaint.

4. I know the following regarding federal law:

   a. Under 18 U.S.C. § 922(o), it is "unlawful for any person to transfer or possess a machinegun." Machinegun is defined with reference to the definition of machinegun contained in 21 U.S.C. § 5845(b).

   b. Under 21 U.S.C. § 5845(b), the term "machinegun" means "any weapon which shoots, is designed to shoot, or can readily be restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger" *but also* "any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun."

   c. Under 18 U.S.C. § 924(a)(2), any person who knowingly violates 18 U.S.C. § 922(o) "shall be fined as provided in [United States Code, Title 18], imprisoned not more than 10 years, or both."

5. I reviewed have reviewed a report written by ATF SA Chad Lifsey concerning RICE's possession and transfer of a "Glock Auto Switch." Based on my training and experience, I know that a "Glock Switch" or "Glock Auto Switch" is a device that, when properly installed on the rear slide portion of a Glock pistol, converts it into a machinegun, in that it allows for the weapon to automatically shoot more than one round of ammunition without manual reloading, by a single function of the trigger. According to SA Lifsey's report, on November 29, 2021, he contacted a confidential source (hereinafter, CS) who was familiar with RICE and his ability to buy and sell firearms. SA Lifsey directed the CS to arrange the purchase of two 9mm handguns from RICE on the following day. On November 30, 2021, ATF SAs Lifsey, Jason Slosson, and Barry Smalls met with the CS at a pre-determined location. SA Lifsey searched the CS's person and found no contraband. SA Slosson

2

searched the CS's vehicle and found no contraband. According to the Lifsey's report, he provided SA Smalls with $1,400 of previously recorded ATF Agent Cashier Funds, outfitted the CS with audio and video recording equipment, and activated it. The CS and SA Smalls (acting in an undercover capacity) then proceeded to the address RICE had provided to the CS, "7915 Cocoa" in Jacksonville, Florida.

6. According to SA Lifsey's report, at approximately 1:31 p.m., the CS and SA Smalls arrived at 7915 Cocoa Avenue, Jacksonville, Florida. That dwelling was next to 7921 Cocoa Avenue, Jacksonville, FL, which is the address on RICE's Florida Driver's license. The CS and SA Smalls contacted RICE at the front door of 7921 Cocoa Avenue.

7. I have reviewed an additional report written by SA Smalls concerning RICE's possession and transfer of the Glock Switch on November 30, 2021. According to SA Smalls' report, during the CS/UC interaction with RICE, the CS asked RICE if it was possible to get two 9mm firearms on that day. RICE stated he could not get the firearms that day because it was too late in the day. During conversation with the CS, RICE asked if the CS and SA Smalls knew anyone with a Glock handgun. According to Smalls' report, RICE stated he had a "switch" for sale. RICE advised this Glock Switch would allow the Glock to fire in full auto mode. RICE stated he normally sold the Glock Switch for $1,500, but due to the Christmas holidays coming up, he would sell it for $1,000. SA Smalls asked about

3

installing the Glock Switch on a firearm and RICE indicated that he charged extra money for installation of firearm parts.

8. According to SA Smalls' report, he proposed purchasing the Glock Switch from RICE that day and RICE purchasing a Glock firearm for SA Smalls the next day (i.e. December 1, 2021). RICE quoted a price of $1,800 for the Glock Switch and the Glock pistol. Both SA Smalls and RICE agreed to the terms, and RICE went into his residence (at 7921 Cocoa Avenue) to retrieve the Glock Switch. A short time later, RICE returned and handed SA Smalls one Glock Switch in exchange for $1,000 in Agent Cashier Funds.

9. According to Smalls' report, at approximately 2:05 p.m., he and the CS left the area and returned to a predetermined meeting location. SA Smalls deactivated all electronic recording equipment. While at the meeting location, SA Smalls handed SA Lifsey all electronic recording equipment, the Glock Switch, and $400 in unused Agent Cashier Funds.

10. I have also reviewed an ATF Firearms Technology Criminal Branch Report of Technical Examination, dated December 7, 2021, regarding the "Glock Auto Switch" (labeled as Exhibit 2 in the FTCB report) that SA Smalls purchased in an undercover capacity from RICE on November 30, 2021. Officer Leonard P. Reloza of the FTCB examined the submitted exhibit, installed it on a Glock pistol, tested fired the pistol multiple times, and determined that Exhibit 2 is a combination

of parts designed and intended for use in converting a weapon into a machinegun; that is, Exhibit 2 is a "machinegun" as defined in 26 U.S.C. § 5845(b).

11.   On December 9, 2021, I interviewed RICE. After being informed of his *Miranda* rights, RICE advised he purchased the "Glock Switch" on-line at Wish.com, around 2009-2010 for $20. RICE advised he bought it for a Glock airsoft gun. RICE stated he has been holding on to it since then and decided to sell it.

12.   Given the facts described above, there is probable cause to believe that on November 30, 2021, in the Middle District of Florida, Darnell Donya RICE Jr. knowingly possessed and transferred a machinegun (as defined by 26 U.S.C. § 5845(b)) in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

I state that the above information is true and correct to the best of my knowledge, and request that a criminal complaint be issued.

Respectfully submitted,

_____
ROBERT F. BRYSON
Special Agent
Bureau of Alcohol, Tobacco, Firearms,
and Explosives (ATF)

Subscribed and sworn before me
this 10th day of December, 2021,
at Jacksonville, Florida.

_____
MONTE C. RICHARDSON
United States Magistrate Judge
Middle District of Florida

5