UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2021 DEC 15 AM 11: 43

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 3:21-cr-136-BJD-PDB
18 U.S.C. § 922(o)(1) &
18 U.S.C. § 922(a)(6)

DARNELL DONYA RICE JR.

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about November 30, 2021, in the Middle District of Florida, the defendant,

DARNELL DONYA RICE JR.,

did knowing possess and transfer a combination of parts designed and intended for use in converting a semiautomatic, Glock-type pistol into a machinegun.

In violation of 18 U.S.C. §§ 922(o)(1) and 924(a)(2).

### COUNT TWO

On or about December 1, 2021, in the Middle District of Florida, the defendant,

DARNELL DONYA RICE JR.,

acquired a firearm, specifically, a Glock 9mm pistol, from a federally licensed firearms dealer, namely, US Patriot Firearms LLC, during which acquisition, the defendant knowingly made a false and fictitious written statement intended and

likely to deceive the dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, Chapter 44, United States Code, to wit, answering "yes" to question 21.a. on an ATF Form 4473, which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?" when in fact the defendant was buying the firearm on behalf of someone else.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(a)(6) or 922(o)(1), the defendant, DARNELL DONYA RICE JR., shall forfeit to the United States, under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████

KARIN HOPPMANN
Acting United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney

By: _____
Frank Talbot
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
12/13/21 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

DARNELL DONYA RICE, JR

INDICTMENT

Violations: CT 1: 18 U.S.C. §§ 922(o)(1) and 924(a)(2)
CT 2: 18 U.S.C. §§ 922(A)(6) and 924 (a)(2)

A true bill,

███████████████
Foreperson

Filed in open court this 15th day

of December, 2021.

_____
Clerk

Bail $_____