**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 3:21-cr-136-BJD-PDB |
| DARNELL D. RICE, JR. | |
| Defendant | |

**NOTICE OF FILING SENTENCING EXHIBITS**

TO THE HONORABLE JUDGE BRIAN J. DAVIS:

Mr. Rice respectfully submits the attached exhibits for the Court's consideration.  Mr. Rice stands before the Court to be sentenced for one count of transferring a part designed for use in converting a firearm into a machine gun (a "switch") and one count of making a false statement to a Federally Licensed Firearm ("FFL") dealer in the purchase of a firearm.  Mr. Rice's only previous criminal adjudications were for two traffic offenses.  Mr. Rice is the father of two young daughters and has a history of stable employment and property ownership in the Jacksonville area.  Mr. Rice is a skilled automobile technician and specializes in custom paint designs and light installations.  A few examples of his work are attached as Exhibit 1.  As reflected in the attached letters of support, Mr. Rice is a valued member of the community with many positive character attributes.  Exhibit 2.  Also as evidenced by Exhibit 3, Mr. Rice has detailed business plans for his future after release.

Respectfully Submitted,

**THE LAW OFFICE OF ERIC ROPER, P.A.**


/s/ *C. Eric Roper*
C. Eric Roper
Florida State Bar Number:  84619
301 W. Bay Street, Suite 1413
Jacksonville, FL 32202
Telephone:  (904) 354-8775
Fax:  (904) 779-3247
E-mail:  eric@ericroperlaw.com
Attorney for Mr. Rice


## CERTIFICATE OF SERVICE

I certify that on the 30th day of November, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to the counsel of record.


/s/ *C. Eric Roper*
C. Eric Roper

Exhibit 1







078479

Exhibit 2

Ms. Ashley Blash , MSCJ

Jacksonville, Florida 32211

904-993-6400

November 29, 2022


To Whom it May Concern,

I've known Darnell Rice for several years. He has been a close friend and companion of mine for some time in which I've watched him grow into a kindhearted, confident, hardworking, and loving father. I know Darnell to be dependable, responsible, honest and courteous. I am very aware of the charges that he is facing and the consequences of those but looking at what I know of his character to be, I would like to plead for leniency. He is a well-mannered gentleman, and I am sure he will learn from this experience and will not think of repeating it.


I hope you consider this character reference/letter before proceeding. I am confident that Darnell will strive to learn from this experience, and I am sure we will get to see him begin to live up to his greatest potential.


Thank You,

Ms. Ashley Blash , MSCJ

**From:** **Brandon Davis** bscottd2@gmail.com
**Subject:** Letter Of Character for Darnell Rice
**Date:** November 29, 2022 at 2:45 PM
**To:** Eric@EricRoperLaw.com

BD

My Name is Brandon Davis , I'm writing today not for sympathy on behalf of Darnell , but only for your honor to really see the man standing here before you in your courtroom. I met Darnell through my brother, and since then I realized why they became friends. Darnell is a kind hearted out going young man who loves life and loves his daughters more than anything. After Understanding why he's in your courtroom today I truly know he made a mistake, a mistake which he knows has impacted not only him but his daughters the most. I know whole heartedly your honor if you were to give him another chance at becoming the best young man he can and will be , that not only would he not let you down, he definitely would not let his daughters down. Thanks for your listening ears, Brandon Davis.

11/21/2022


Nicole Gunnels
4129 Misty Meadows Ct.
Jacksonville, FL 32210


Your Honor,


My name is Nicole Gunnels and I am writing this letter on behalf of Darnell D. Rice. I have known
Darnell for over 5 years now as I was introduced to him thru a mutual friend because he is an excellent
mechanic. Over the years of knowing him, he became a friend as I have witnessed him be an exceptional
parent to his two daughters. He has worked as an armed security guard protecting others as his day to day
job. Shortly before this incident I had asked him about starting either a business repairing and painting
cars as it's a passion of his or either get licensed to teach gun safety courses. Darnell is a productive
citizen and I know he realizes how this not only affected him but also his children.


I know we are all human and make mistakes in life and I truly believe he realizes his mistake and this not
only affected him only. Darnell is a productive citizen and he is truly a jack of all trades who can be
anything in life he would like.


Respectfully,



Nicole Gunnels

**From:** **Marcellus Hicks** 2wheelmonster84@gmail.com
**Subject:** Rice
**Date:** November 26, 2022 at 12:40 PM
**To:** eric@ericroperlaw.com



Hi this Marcellus Hicks I'm writing you on behalf of my good friend Darnell Rice as long as I've known him he has been a good positive friend helping me work on my cars putting things together he is great father to his two little girls and they need him home.

To Whom It May Concern,

My name is Lorenz Jiles. I have had the pleasure of being a longtime friend of Darnell Rice. I have known him since 2012. Mr. Rice is a loving father, friend, and a great mechanic. Mr. Rice is a dependable and hardworking family man. Mr. Rice gives back to his community with back-to-school giveaways and holiday drives. Mr. Rice is an outstanding provider for his children and his family. Mr. Rice has a business mindset he is skilled within the automotive industry. Mr. Rice best attribute is his love for his family, friends, his community.

Your Honer, I would like you to take my letter into consideration regarding Mr. Rice. Please do not hesitate to contact me further. I would also like to say thank you for taking the time out to read this letter.

Lorenz Jiles (Family Friend)

(904)476-3652

# COURT REFERENCE LETTER

Keshaun Davis
13260 grant Logan lane , Jacksonville , Florida, 32225

Kezitrott@yahoo.com

Date: November 25 2022

To Whom This May Concern,

My name is Keshaun Davis  and proud to offer my recommendation of Darnell rice to whom I have personally known for 12 years as my friend.

To Whom This May Concern,
My name is Keshaun Davis and proud to offer my recommendation of Darnell rice to whom I have personally known for 12 years as my friend. So long he's basically family to me.
During my relationship with Darnell Rice I have experienced an individual who shows up earlier than asked, works hard, and carries themselves in a polite, respectable manner. In addition, Darnell Rice is a family-person who has always presented themselves with levelheadedness and grace. As far as him being a family man I would say he's one of the best family mans I know whatever his kids wanted or needed he got it for them and he teaches them right from wrong and they're his world. Everytime I went over to his house they were in great hands and was always having fun doing something constructive.
It's with great confidence that I recommend Darnell Rice as someone who, I truly believe, possesses the character and judgment for the betterment of our community.
Please do not hesitate to contact me if you should require any further information.
Sincerely,
Keshaun Davis

Please do not hesitate to contact me if you should require any further information.

Sincerely,

**Signature** _____

By Keshaun Davis  Date: November 21 2022

11/20/2022


To whom it may concern, Mr. Rice is a young man who is striving to do something positive with his life.  He is the loving father of two beautiful daughters, in which he has established a beautiful bond with.  Mr. Rce is a homeowner, which is comendable for a young man of his age. This is an example of this desire to contine to  establish himself in life and make the necessary provisions for him and his family to successfully strive. Mr. Rice hss done what many of us have done at some point in time of our lives, and that is make an unwise decision. I believe he is deserving of a second chance to to prove not only to the court but to himself the endless possibilites of what he is capable of accomplishing, if given the opportunty to do so.


Sincerely,

John Edwards

**From:** **Giovanni Griffin** giovannigrif@gmail.com
**Subject:** Darnell Rice Character letter
**Date:** November 29, 2022 at 2:50 PM
**To:** Eric@ericroperlaw.com

GG

Grace and peace
To whom this may concern

*My* name is Giovanni Griffin
I am Darnell's cousin, a couple things I can say about  Darnell, is that he has always been there for the family; he helped a lot before being put in this situation, growing up not having much he always found a way, from cutting yards to working on cars, he always found a way to be a provider, he taught me how to change my first tire and how to change oil in cars, he brings joy to the family he picks everyone heads up when they are down, seeing him go through this situation has hurt not just me but other family members it saddens too see such a mistake take away a lifetime Darnell is an amazing person not to just family but even others, Darnell just needs a second chance  his daughters need their father in their life.
All I ask is for your Grace and to put yourself in his shoes, Please your honor forgive a mistake that will be fixed.

Thank you..
--
From the desk of Giovanni Griffin

To Whom It May Concern:

We are Tavashyette and Rohandre Facey, friends of Darnell Rice. We would like to make an impact statement on his behalf. Since knowing Mr. Rice he has been an outstanding friend who has become more like a brother. Darnell is a kind, motivated and honest young man. He loves to be family oriented and designing his cars. This young man is devoted to family. The goals he wanted to achieve was to become a deputy. We can go on and on pertaining to his career achievements but we will stick to his character and say that Mr. Rice will give his shirt off his back, food of his table,  and a place to lay to those in need. We hope that this letter helps summarize the person we have grown to know and live. Thank you for your time and consideration.

Very Respectfully,

Tavashyette Facey

*[signature]*

Rohandre Facey

*[signature]*

**From:** **Dwayne Cummings** dwaynecummings2281@gmail.com
**Subject:** Re: Darnell rice letter of character
**Date:** November 28, 2022 at 4:22 PM
**To:** Eric@ericroperlaw.com



On Mon, Nov 28, 2022 at 4:20 PM Dwayne Cummings <dwaynecummings2281@gmail.com> wrote:
> From Dwayne Cummings
> In regards to Darnell rice I have known him for 7 years he has been a good role model and mentor, he has always been a good guy
> and there for me when times were rough, if it was not for Darnell I probably would be incarcerated my self let alone graduated high
> school he has always kept me and many others on the right path he's a good Parent and friend.
> --
> Dc
--
Dc



From: **Chandler Griffin** cgriffinbusiness@gmail.com
Subject: Letter for Darnell
Date: November 29, 2022 at 1:05 PM
To: eric@ericroperlaw.com

Grace and peace to whomever it may concern,

My Name is Chandler Griffin and Darnell is my first cousin. I grew up with Darnell and one thing I could always say is that he's always been a kind heart and never been the type of person to harm or hurt others. He's always been a protector and provider since a child and really flourished into being one even more after the birth of his two beautiful daughters. I write this letter today asking for your grace and understanding of my older cousin as I know he has made mistakes, we all have and shouldn't be condemned by decisions from the past that we still have time to correct. Taking away set time isn't the way to make things correct as it will not only hurt Darnell, but many other lives of people who truly love him and still rely on him even until this day. I thank you for your time and consideration and hope you can find it in your heart to do what you would want for your family member if they made the same mistake.

Chandler Griffin

Deangelo D Cleveland
6703 Yvonne Ln
Jacksonville, FL 32216

November 29, 2022

Re: Darnell Rice

Dear Honorable Brian J. Davis,

I, Deangelo Cleveland, am writing this reference letter for Darnell Rice. I have known Mr. Rice for 24 years as he is my big bother.  Although I do respect the decision of the court, I'm writing this letter in support of his release with probation.  I was very heartbroken and shocked when I heard about his case, as the charges are so out of character for him.  I understand the seriousness of this matter, but I beg the court will show some leniency.

He has had a huge impact on my life. Growing up he made sure that I was always focused and kept me on the right path. He has always been headstrong, confident, and compassionate about the things he loves, especially family. You can ask anyone who knows him, and they will tell you Darnell Rice is kindhearted and will put others before himself. He has a way of drawing the best out of everyone and we all look up to him for it.

Darnell is very passionate and honest about his work. He is very popular when it comes to being a mechanic and helping others with their vehicles. I remember one day he stayed outside all day working on this customer's car because it was their only transportation and Darnell wanted to get it up and running for them to make sure they had transportation. When it comes to Darnell's work ethic, he would never let anyone down.

He Is the way he is because of his family. He has 2 beautiful daughters, my nieces who he loves more than anything. His passion and honesty come from them. We have supported Darnell while he's been away, but we miss him and need him. He is what made this family. Without him here there has been a void felt by all of us and especially his 2 daughters. It was heartbreaking to hear of his wrongdoing, but it comes as no shock to me that my brother is ready to take responsibility for his actions. I believe moving forward he will be a better person and I know that he feels penitence and understands the seriousness of his actions.

Thank you for your consideration.

Respectfully,

Deangelo D. Cleveland

Deanger Cleveland

Darnell Rice

I'm Jawaun Lewis. I'm a merchant mariner with the DoD and also Darnell Rice's younger cousin. We're more like siblings however. Since we were kids, he has always been the big brother I wish I always had. He looked out for me. He has always been honest and a genuine person with me. He's the person who will give his last to someone even if it means he will starve.

This process has been a difficult time for our family but no one is suffering more than his two daughters. He's a great father to those girls and they surely miss their dad.

We all make mistakes. Nobody is perfect but mistakes don't define a persons 'character and they don't make a person a "bad person". Mistakes are apart of life and it's apart of personal growth, something we will all be doing until the day we're called home.

Darnell is a good person at heart. He's a genuine man. He's the glue to our family and without him here with us, it feels a bit different, especially during the holidays.

I'm writing this letter in support of my cousin because I think he means more good to the community being here versus being in there. I pray daily for the day my cousin can come back home to us and return to his family. I pray that this process works in his favor and he's allowed to come home and show that he is productive member of society but more importantly so that he is here to raise to little girls.



**From:** **Sheldon Simpkins** sheldonsimpkins87@gmail.com
**Subject:** Character Letter for Darnell Rice.
**Date:** November 29, 2022 at 11:55 PM
**To:** eric@ericroperlaw.com

Greetings your honor .my name is Sheldon Simpkins and I'm writing you on behalf of my long time friend Darnell rice . I met Darnell when he was just a young teenager working at Winn Dixie he asked me what I did and I told him Collision work at a local Body shop, he was super excited and said that he was attending my alma mater to learn my same trade , I was eventually blessed enough to take this young man under my wing as my apprentice. he was young eager to learn the meaning of hard work and developing a healthy work habits ..which he would eventually use to take care of his family . it has been a privilege to watch him grow from a child to a young man and loving father. he's always that positive encouraging friend that say hey brother you can do it , and help you through it,your honor due to my past experiences with so -called friends I'm very reluctant to trust other people...I trust Darnell with my life he's my brother and friend.though I'm not familiar with all of his transgressions,  I do know that he is a good God fearing man who have made some mistakes , haven't we all ...your honor I pray you find it in your heart to show leniency towards him .


Sincerely, sheldon simpkins.

From: **Ashton Chaney** ashtonchaney07@gmail.com
Subject: Letter for Darnell rice
Date: November 29, 2022 at 9:05 PM
To: Eric@ericroperlaw.com



Grace and peace
To whom this may concern

My name is Ashton Chaney
I am Darnell's younger cousin, throughout my childhood Darnell taught me life lessons that no other could. Darnell rice was very well known to the community, no matter what it was Darnell was always there to help. I look up to Darnell as a role model for me being a man, he taught me a lot of things in life, he always been there for the family and I . Darnell deserves another chance to improve himself in life. There are a lot of people depending on him, Darnell inspired me to wanna be a better person in life and to push myself. Thank you for taking your time out and reading this letter.

Exhibit 3



Business Plen After Release
1#

Rice Family Center                          By Darnell

**Ricefamily customs**

Equipment
~~Emp~~
5 lifts
1 Alishment Rack
2 Wheel Balancing machine)
2 tire machine)
1 oil container
1 oil Recyeller
2 oil Catchers
tire Rack
Rim Displayers
3 computers
2 pressure washer
Car Wash material
Robot 3 TVS 50"
tools
Impact Guns
Air Guns
Sockets
wrenches
C clamps
breaker Bars
Screw Drives
Drills
Saws

Needs
7 Bays
5 Lifts
1 Alignment Rack
2 Bath creation Area
2 Balancing machines
2 tire machines
1 OEL Container

Services
Oil, tune ups
Brakes
Audio / tint / Led
Rims / tires / Alishment
Car wash

PARKING
PARKing
Cover
Wash
Vendy
Reck open Plur Audio/tint
Lift
Lift
Led
Lift Brakes
Lift
Alishment
Lift
Rims
Lift oil
Lift Rims
Bath
Bath
walk front Display
Gate
Gate

Business plans After Release

#2

Rize Family Coin laundry

By Darrel
Rize

Rize Family Coin laundry

laundry Mat Equipment

6- 12 washers
8- 12 Dryers
3 vending machines (Snacks, Drinks, laundry supplies)
2 tvs
3- 6 laundry carts
2 long tables to Fold laundry
Office
Front Desk
Bathroom / Kids Changing Station
Kids Area ( Arcade games )
4 3 Arcade games
1- Racing
2- Hunting
3- PAC Men
4- Street fighter

Services

Self Coin laundry
Wash ½ Dry/Fold
price Based off
weight of Clothes

